1  Hillery M. Stones, State Bar No. 240058
   AGUIRRE ALLEN LAW APC
2  3170 Fourth Avenue, Suite 250
   San Diego, California 92103
3  Telephone No.: 619.354.9938
   hillery@aguirreallen.com
4

5  Attorneys for Plaintiffs
   Vaughn Dorsey II, Taje Cifuentes
6

7  Erik S. Velie (SBN 252446)
   erikvelie@victorylawllp.com
8  Victory Law Group, LLP
   26707 Oak Avenue, Penthouse D
9  Santa Clarita, CA  91351
10 Tel:  (213) 422-5061
   Fax:  (855) 640-7962
11
   Attorneys for Defendants
12

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAUGHN DORSEY II, an individual; TAJE CIFUENTES, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>PASEOS AT MONTCLAIR, LLC; GHP MANAGEMENT CORPORATION; MARY MADRIGAL; LAKARA GRAVES; and DOES 1 THROUGH 50, Inclusive,<br><br>    Defendants. | Case No.: 5:18-CV-00643-SVW-KK<br><br>ORDER ON<br>**NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL WITH PREJUDICE;** [PROPOSED] ORDER |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs Vaughn Dorsey II and Taje Cifuentes ("Plaintiffs"), on the one hand, and Defendants Paseos at Montclair, LLC, GHP Management Corporation, Mary Madrigal, and Lakara Graves ("Defendants"), on the other hand, hereby stipulate as follows:

WHEREAS, on March 28, 2018, Plaintiffs filed a Complaint in the United States District Court, Central District of California, as Case No. 5:18-cv-00643-SVW-KK (the "Action");

WHEREAS, on April 25, 2018, Plaintiffs filed a first amended complaint ("FAC") against defendants alleging discriminatory housing violations and other claims, including violations of the ADA, FHA, California's Civil Code sections 51, 52, 54, et al., and claims for False Imprisonment, Negligence, and Breach of Contract;

WHEREAS, Defendants filed an answer on June 13, 2018.

WHEREAS, the Parties on October 26, 2018 reached a settlement of all claims in the Action;

Based on the foregoing facts, Plaintiffs and Defendants stipulate and agree as follows:

1. This Court should dismiss the above-captioned Action in its entirety against Defendant with Prejudice, as provided in the [Proposed] Order attached as Attachment 1.
2. All upcoming hearings and deadlines are hereby vacated and the Action is hereby terminated.

AGUIRRE ALLEN LAW

DATED: November 2, 2018

/s/ Hillery M. Stones
Hillery M. Stones (240058)
Attorneys for Plaintiffs
Vaughn Dorsey, Jr. and Taje Cifuentes

DATED: November 2, 2018

VICTORY LAW GROUP, LLP

/s/ Erik S. Velie
Erik S. Velie (252446)
Attorneys for Defendants
Paseos at Montclair, LLC; GHP Management Corporation, Mary Madrigal, and Lakara Graves

Pursuant to the Stipulation of the Parties, IT IS SO ORDERED. The Clerk is directed to close this case.

DATED: November 2, 2018

Stephen V. Wilson
United States District Judge